Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702.420.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiff
CREATIVE PHOTOGRAPHERS INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS INC., | Case No. 2:21-cv-02160-GMN-EJY |
| Plaintiff, | |
| vs. | **DECLARATION OF TREY A. ROTHELL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
| BEAUTIFUL PEOPLE LIMITED LIABILITY COMPANY dba FOOD & BEVERAGE MAGAZINE, | |
| Defendant. | |

I, Trey A. Rothell declare:

1.    I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff CREATIVE PHOTOGRAPHERS INC. ("CPI") in the above-captioned matter. I provide this Declaration in support of CPI's Motion for Entry of a Final Default Judgment Against Defendant Beautiful People Limited Liability Company dba Food & Beverage Magazine ("FBM"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

2.    FBM has refused to answer, show up or otherwise respond in this case.

3.    Sometime between June 16, 2021 and April 13, 2022, FBM removed the Work off of its website. Attached hereto as **Exhibit 1** is FMB's website on June 16, 2021, showing the Work still on the website.

4.    Injunctive relief is warranted because FBM has refused to respond to Counsel or the Court, and due to their lack of a response, there is a chance it could infringe again in the future.

5.    CPI has incurred $8,486.30 in attorney's fees and costs.

6.    Attached as **Exhibit 2** is our invoice that details the costs incurred by Randazza Legal Group, PLLC as local counsel for this matter.

7.    Attached as **Exhibit 3** is Plaintiff's Primary Counsel's invoice that details the costs incurred by SRIPLAW, P.A., in connection with this matter.

8.    Though the matter was uncontested, considerable time was spent investigating the factual circumstances of the matter, drafting the notice letters to Defendant, drafting the Complaint in this matter, obtaining the Motion for entering Default Judgment, and corresponding Declarations.

9.    CPI has incurred $578.80 in costs.

10.    Members of Randazza Legal Group, including myself, have spent considerable time on this matter. To date, we have accumulated approximately 8.4 hours in this matter.

11.    Based on Randazza Legal Group's cumulative billing rate, CPI has incurred $2,120.00 in attorneys' fees.

12.    Based on SRIPLAW's cumulative billing rate, CPI has incurred $3,857.50 in attorneys' fees.

13.    Jonah Grossbardt of SRIPLAW had a billing rate of $450.00 per hour in 2021, which increased to $525.00 per hour in 2022. This is a reasonable rate for an attorney of his experience of more than ten years in the Los Angeles market. He expended 3.60 hours in connection with this matter.

14.     Matthew Rollin of SRIPLAW had a billing rate of $325 which is a reasonable rate for an attorney of his experience of almost two years in the Los Angeles market. He expended 8.80 hours in connection with this matter.

15.     SRIPLAW's Paralegal Jamie James had a billing rate of $200.00 per hour which later increased to $275.00 per hour starting January 1, 2022. This is reasonable rate for a paralegal of her experience of more than six years in the Los Angeles market. She expended 4.70 hours in connection with this matter.

16.     SRIPLAW's Assistant, Connor William has a billing rate of $175.00 per hour which is reasonable rate for a legal assistant of his experience in the Los Angeles market. He expended 0.40 hours in connection with this matter.

17.     Attorney Ronald D. Green, Jr. of Randazza Legal Group, PLLC has a JD from University of Pittsburgh School of Law and is a Nevada-licensed attorney with 22 years of litigation experience. He has spent most of his career as an intellectual property litigator. Mr. Green's customary billing rate is $600 per hour. He worked 1.1 compensable hours on this matter.

18.     I earned my JD at the Florida State University College of Law, and I am licensed to practice law in the State of Nevada. I have been a licensed attorney for approximately 1 year; however, prior to becoming licensed, I worked for Randazza Legal Group as a law clerk for 3 years, and I have an additional 4 years of experience as a paralegal. My billing rate is $325 per hour, and I worked 2.5 compensable hours on this matter.

19.     Randazza Legal Group's paralegal Suzanne Levenson is a paralegal with approximately 8 years of legal experience. Her billing rate is $175 per hour. She worked 3.2 compensable hours on this matter.

20.     Randazza Legal Group's paralegal Brittani Holt is a paralegal with approximately 12 years of legal experience. Her billing rate is $175 per hour. She worked 1.6 compensable hours on this matter.

21.     With the above billing rates, CPI has incurred attorneys' fees of at least $7,907.50 in connection with the pursuit of CPI's claims against Defendant.

22.    These fees are reasonable because they reflect the market rate for services of similar quality and nature in the local area.

23.    CPI is entitled to interest calculated from the date of infringement of April 18, 2017. As of the date of infringement, the interest rate was 1.02 percent. Attached as **Exhibit 4** is a true and correct copy of a table of federal interest rates from the date the infringement was discovered, which I downloaded on October 7, 2022, from the Federal Reserve Board's website at https://fred.stlouisfed.org/series/DGS1.

24.    For purposes of setting the post-judgment interest rate under 28 U.S.C. § 1961, the average 1-year constant maturity Treasury yield through October 21, 2022, was 4.58 percent. Attached as **Exhibit 5** is a true and correct copy of a table of current federal interest rates, which I obtained from the Federal Reserve Board's website at https://www.federalreserve.gov/releases/h15/ (printout of "Treasury Constant Maturities," displaying "1-year Treasury constant maturity"). Also attached at **Exhibit 6** is an explanation of how to obtain the information, from http://www.uscourts.gov/services-forms/fees/post-judgement-interest-rate.

25.    My office is causing a copy of CPI's Motion to be mailed to FBM on October 25, 2022 at Mark Sherman CPA, 601 South Rancho Drive, Suite D32, Las Vegas, NV 89106. CPI has served FBM with its requested damage amount with its counsel's service of this motion on FBM.

I declare under perjury that the foregoing is true and correct.

Executed on October 26, 2022.

/s/ Trey A. Rothell
TREY A. ROTHELL

# __EXHIBIT 1__

Infringement

HOME    CONTACT US    2021 MEDIA KIT    PRIVACY POLICY



DIGIZINE ARCHIVES    INDUSTRY NEWS    RESTAURANTS    BEVERAGE    CHEFS    FBTV    FBMA    SUBSCRIBE

CURRENT DIGIZINE ARTICLES    EVENTS IN MOTION    CHEF HIGHLIGHTS    GROCER    TRENDING

NEWS TICKER ▶    [June 14, 2021]    **Wine-Paired Gourmet Dinner Set for Thursday, June 17, at**    SEARCH ...

Home   ›   INDUSTRY NEWS   ›   THE FULL MONTI With Monti Rock III

# THE FULL MONTI With Monti Rock III

📑 INDUSTRY NEWS





Residencies, have become the new norm for Las Vegas.  Whether it is for a couple of days per week, or a few months per year, it is referred to as a residency.  Isn't it time for the PR folks to come up with another term for these rotating engagements?  I have been looking for a residency for six years – one time a week – but still no takers.  This week there was a tribute on NBC honoring Saturday Night Fever in which I gained my film cameo fame as the DJ.  I was sorry back then, that I was not nominated (at least a nomination) for an Academy Award back in 1977 – realize – made in 1977 – now it is 2017 - 40 year anniversary of a cult classic film!

**THE FULL MONTI – APRIL 18, 2017**
**The Coachella Festival** – an annual slam bang music fest – that brings concert goers from all across the country – had **Lady Gaga** sing – because Beyonce, who was going to star in the concert series could not make the event due to her mom-to-be status with twins.  It was a disappointment for many of Beyonce's fans who had bought those expensive tickets, but, Lady Gaga was waiting in the wings (the same as her costume) – well, it sure like wings to me — and she flew away with the great set of songs that she sang in Beyonce's stead. Kanye West did not appear as slated...although the **Kardashian's** were there...interesting!  In the audience was **Katy Perry, Orlando Bloom,** and many other stars as this event has become the A-List concert series since its inception.  Fashion follow ups and designers actually create ensembles for the concert goer to Coachella – it is a retro and nouveau boho hippie look – but more like Chanel's interpretation.





Can you believe it?  **Janet Jackson finally** has shown her newborn to the public – but she has already filed for divorce.  Remember, he is a billionaire and there was no prenuptial agreement. This is a divorce that will be interesting to follow.  Ben Affleck and Jennifer Garner have finally received their legal divorce.  They are going to have an amicable divorce with no-custody of their three children.  Rumor has it that Ben is dating again.  So many divorces have hit the Hollywood set recently that it is not looking like a time for June weddings.

It is the one year anniversary of **Prince's** passing.  Now, many people from his camp are getting a documentary together to celebrate the great parts of his life and his contributions to the music world.  The man also passed away without the covering of a Will or a Trust.  The residence – his estate – is now a museum – Paisley Park – which is open to the public in Minneapolis, MI.  Let's give Prince his due – he was an innovator, a creative force who knew how to handle his handlers (by that I mean his break from certain controlling corporations and people – the time he used a symbol that was comparable to Egyptian hieroglyphics – and he maintained his mystique and privacy while still being a great star.





**Billy Idol** – of the great 1970's – is back with a force!  He is going to be performing in a residency in a smaller venue on the Strip.  Billy Idol has many, many fans – this includes the powerful money backing baby boomers who will gladly pay to see him perform live.  He is a great commodity besides a fine artist







Legends – **Kay Ballard** is now in her 90's – can you believe it that she is doing a documentary in Palm Springs. This week, Carol Cook, Mimi Hines, and many stars in that age group, are doing a concert together as a mutual swan song.  It is a legacy that needs to be done and give each person a chance to have closure in their careers.  Kay Ballard lives in the old Desi Arnaz estate in Palm Springs.  Remember, DesiLu Productions produced Mother-In-Laws, a sitcom in the 1980's which starred Ms. Ballard.





I went to have dinner at the Wynn with some friends and the Wynn now also has paid parking.  This again is a slap in the face to patrons who go to a hotel/casino/resort and spend a good deal of money on dining, entertainment, or gambling.  Why should locals – that is the main concern for me and many others, have to pay the tariff for these parking spots!  We pay taxes for our homes and also have a hefty sales tax imposed upon us when we buy anything – especially gasoline!  The gas tax has risen the price per gallon.  Many of us need to use 91% gas – supreme- and that gets costly.  Taxation is a home issue and therefore, the casinos where we spend our hard earned dollar should realize that locals count!!!!



On the reality TV scene – King Kong is headed to the reality world of TV!  This is a first – a big ape as the main (person) character – how will it talk??? Confusion lies around this project,.  I am so tired of haggling and I am so tired of Andy Cohen – not one of my favorite people..it is not personal – just whatever.. I do not have a jealous bone in my body – do you believe that?

The new season on TV – the news media especially, Paula Francis' retirement has brought a lot of spotlighting on her – will there be a political office that she may seek?  Let's see and wait – remember, that is exactly what happened with Jan Jones. The rest of the female reporters on the average are average – but look like plastic surgery clones.  They might have different colored hair – but the bodies are soooo similar and the faces are seemingly perfected by third parties.

I tend not to mention friends' names, but this time, it is extra special.  After many years of domestic partnership,  two special people who are my friends, Isabel Tinghino and her husband to be, Tony Scotto, are going to be wed on May 1st and – this is it – I will be officiating as the Reverend who will listen to them exchange their vows for the rest of eternity!  This is an honor for me to perform the wedding of the year in my inner circle.  I wish them the best of luck in their soon-to-be new status as husband and wife.

I caught in the cinema The Fate and The Furious – the remake of The Fast and Furious sequels.  This one was much too long and needed to be edited to a suitable under 120 minutes, or less!  How many car crashes and chases can you squeeze in among the bad guys and the good guys in 136 minutes – answer: TOOOOOOOO MANY!  Dwayne Johnson, who stars in this sequel along with Vin Diesel, is now the highest paid actor in Hollywood – currently at 65.5 million this past year.  Dwayne continues to churn out amazing products – this one just was not one of them.  I loved when he portrayed an overweight young man in an earlier film.  He obviously surpasses Arnold Schwarzenegger in talent – and has a matching or even better physique.  Remember, as an actor ages, his physical state ages too, even with constant work-outs and 'help' – it is hard to keep up with the new and emerging contenders. Way to go, Dwayne!



*We had Easter, then tax day, and soon April becomes May and the start of all new hot things.*

View in Our  Digital Magazine by Click Here

**THE FULL MONTI** – APRIL 18, 2017

The Hard Rock Hotel and Casino, Magic Mike, the show, (from the film starring Channing Tatum, who produced this show) is ripping off their clothes as the audience expected to see Channing – but Channing is not in the show!  However, it is a good male revue, and it owes much of its success to the film, which generated all the pre-publicity by the very means that it was a brand name already.  How many strip shows do you need to change a light bulb?  We are also missing the females who used to dominate this particular genre.  Where have all the ladies gone?  I miss them and so many other men.  At the Rio, we have the Chippendales, which started out on Second Avenue, near the 59th Street bridge, many years ago, in NYC.  They were a cult favorite and then Vegas caught on and imported the show with new stars to our Strip. Then we had the Aussie's Thunder From Down Under – which was terrific!  Thunder From Down Under at the Exalibur Hotel and Casino, produced by Adam Steck, has been voted the favorite of all these male revues.  More to cum....Ooops!





At the NAMA convention, the National Automatic Merchandising Association, we were thrilled when we saw what the future will bring – even alcoholic drinks will be dispersal via machines.  And we all thought (memories from NYC – Horn and Hardart where you put nickels into a slot and various types of food appeared at glass doors for you to take to your table) this was a lost bygone industry.  Revival!  New! Imagine getting your Italian gelato straight from a machine!  The only drawbacks could be for those who want special orders or changes made to their choice..therefore, the bartenders, the barristers, the ice cream people will still be needed for that personal touch.  However, for those who just need a quick 'fix', this will help long lines at theaters, and the theater will still make a percentage from the machine.  If they are leased, it will be like a two wall show – if they are owned, then it is house property.  Many new ideas were shown at this expo.

Speaking of expos, the NBA – not the basketball league –, was in town last week at an invite only – no public was admitted, to show their latest and gave many lectures and educational sessions to the



attendees. With all of these conventions continuing to come to our city, Las Vegas, and two major league teams – the Golden Knights NHL and the Las Vegas Raiders (2020) NFL, we will be overwhelmed with room occupancy and I predict rate increases plus the taxes from those rooms is going to be used for help in financing the new stadium. WOW! It seems like yesterday we were just a town in the desert, now, we are on the way to becoming a major metropolis – think of it – how will this also affect real estate? Many of the players on these teams and the staff will need homes/high rises/etc. to have for their stays in LV – and this will increase the luxury market as it now stands. It will trickle down to the regular real estate properties as well – I predict a full comeback for all those who suffered during our meltdown.



Bollywood came to town! **Taj, The Musical** was at the Smith Center for the Performing Arts. It was a production type of show – done Indian style! The costumes were incredible and the talent was very good as well! The Smith Center continues to surprise us with new and different types of musicals, some with a definite international flavor – thus giving different ethnicities the spotlight! Well done, Myron Martin!



**Shecky Greene**, is finally home on the mend after hospitalization, surgery, rehabilitation, all from a fall at his beloved, and my personal favorite, The Italian American Club on East Sahara. That place has a fantastic history and continues to offer great food and libations, along with entertainment.

Performers and producers are working on a special tribute to the late **Vinny Falcone.** He was a musician's musician. He played for all the greats – Sinatra number one. Pia Zadora and many others are getting this tribute together for a date to be announced.

At the cinema, THE PROMISE! I promise you that in all of its over two hours length, you will not feel the seat beneath you or need to feel like when is this going to end? It is an enduring and historical drama set against the glories of the Ottoman Empire and how it was destroyed by the Turks and what went on in the genocide of over 1.5 million Armenians! It is an amazing story – they wanted to wipe out Armenia from the face of the world – but – they are tough people who are proud of their heritage and guess what, we still have Armenia!!! This film goes to Issac Oscar – the male lead – who reminds me of Dr. Zhivago's Omar Shariff in his looks and talent. I hope the Academy Awards nominating committee will make him a nominee for next year. Do see this epic film.

Sir Elton John had to cancel his dates at The Colosseum at Caesar's Palace due to a bacterial infection which has him down and under doctor's close care. He will be back in October and all his friends, fans, and this columnist wish him a speedy recovery and ongoing good health. He is a man who became a true legend and was knighted as Sir Elton John by Queen Elizabeth II of England. Sir Elton – we will miss you until the autumn is upon us!

Another week, it is now May!



Reverently,
The Reverend,
Monti Rock III and Zozo (the wonder dog!)

PREVIOUS ARTICLE                NEXT ARTICLE



F&B MAGAZINE ARCHIVES    LIKE • SHARE • TWEET US    ADVERTISE WITH US    CONTACT US

Copyright ©2000 2020 | Powered by Beautiful People LLC

Cookies settings

Remember, as an actor ages, his physical state ages too, even with constant work-outs and 'help' – it is hard to keep up with the new and emerging contenders. Way to go, Dwayne!

*We had Easter, then tax day, and soon April becomes May and the start of all new hot things.*

View in Our  Digital Magazine by **Click Here**

---

**THE FULL MONTI** – APRIL 18, 2017



The Hard Rock Hotel and Casino, Magic Mike, the show, (from the film starring Channing Tatum, who produced this show) is ripping off their clothes as the audience expected to see Channing – but Channing is not in the show! However, it is a good male revue, and it owes much of its success to the film, which generated all the pre-publicity by the very means that it was a brand name already.  How many strip shows do you need to change a light bulb? We are also missing the females who used to dominate this particular genre. Where have all the ladies gone?  I miss them and so many other men.  At the Rio, we have the Chippendales, which started out on Second Avenue, near the 59th Street bridge, many years ago, in NYC.  They were a cult favorite and then Vegas caught on and imported the show with new stars to our Strip. Then we had the Aussie's Thunder From Down Under – which was terrific!  Thunder From Down Under at the Exalibur Hotel and Casino, produced by Adam Steck, has been voted the favorite of all these male revues.  More to cum….Ooops!

At the NAMA convention, the National Automatic Merchandising Association, we were thrilled when we saw what the future will bring – even alcoholic drinks will be dispersed via machines.  And we all thought (memories from NYC – Horn and Hardart where you put nickels into a slot and various types of food appeared at glass doors for you to take to your table) this was a lost bygone industry.  Revival!  New! Imagine getting your Italian gelato straight from a machine!  The only drawbacks could be for those who want special orders or changes made to their choice..therefore, the bartenders, the barristers, the ice cream people will still be needed for that personal touch.  However, for those who just need a quick 'fix', this will help long lines at theaters, and the theater will still make a percentage from the machine.  If they are leased, it will be like a two wall show – if they are owned, then it is house property.  Many new ideas were shown at this expo.

Speaking of expos, the NBA – not the basketball league – , was in town



# **EXHIBIT 2**

Invoices from Randazza Legal Group



**Randazza Legal Group**
**P.O. Box 5516**
**Gloucester, MA 01930**
**888-667-1113**

Invoice submitted to:

Creative Photographers, Inc.
United States

| | |
|---|---|
| Invoice # | **26838** |
| Invoice Date | **05/03/2022** |
| For Services Through | 05/03/2022 |
| Terms: | **Net 7** |

| **Date** | **By** | **Service Summary** | **Hours/Rate** | **Amount** |
|---|---|---|---|---|

**In Reference To: Copyright Action (Attorney Time)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/07/2021 | RDG | *Attorney Time*<br>Review an approval of Complaint and all other initial filing documents. | 0.40 at $ 600.00/hr | $ 240.00 |
| 12/07/2021 | SL | *Paralegal Time*<br>Formatted and filed Complaint, along with copyright documents, summonses, and other documents associated with filing an initial complaint. | 1.00 at $ 175.00/hr | $ 175.00 |
| 12/08/2021 | BH | *Paralegal Time*<br>Research regarding case strategy and status concerning next steps to assist with case progression. | 0.10 at $ 175.00/hr | $ 17.50 |
| 12/08/2021 | RDG | *Attorney Time*<br>Review and analysis of judge/magistrate assignment. Review filings on case provided by Court. | 0.30 at $ 600.00/hr | $ 180.00 |
| 12/16/2021 | RDG | *Attorney Time*<br>Telephone conference with defense counsel re: ▓▓▓▓. Draft email to primary counsel re: ▓▓. | 0.40 at $ 600.00/hr | $ 240.00 |
| 12/17/2021 | SL | *Paralegal Time*<br>Phone call from Marc Risman, opposing counsel. Transferred to Ron. | 0.10 at $ 175.00/hr | $ 17.50 |
| 01/26/2022 | BH | *Paralegal Time*<br>Finalize and file the Summons Returned Executed regarding effectuated service upon Beautiful People, LLC. | 0.30 at $ 175.00/hr | $ 52.50 |
| 01/26/2022 | BH | *Paralegal Time*<br>Finalize and file the Request for Clerk to Enter Default Pursuant to Fed. R. Civ. P 55(a). | 0.30 at $ 175.00/hr | $ 52.50 |
| 01/26/2022 | SL | *Paralegal Time*<br>Intake and finalizing the Return of Service for filing today. | 0.40 at $ 175.00/hr | $ 70.00 |
| 01/26/2022 | SL | *Paralegal Time - NO CHARGE*<br>Filed Return of Service with the Court. Intake of filed copies, calendared and saved, and sent to SR IP. | 0.50 at $ 0.00/hr | No Charge |
| 01/26/2022 | SL | *Paralegal Time*<br>Finalized and edited the Request for Clerk's Default on our livery. Created Exhibit A from the Return of Service previously filed. | 0.60 at $ 175.00/hr | $ 105.00 |
| 01/26/2022 | SL | *Paralegal Time - NO CHARGE*<br>Filed Request for Clerk's Default with Exhibit and Declaration of Ron Green. Intake of file-stamped document, and sent to SR IP. | 0.60 at $ 0.00/hr | No Charge |
| 01/26/2022 | BH | *Paralegal Time*<br>Receive the file-stamped copy of the Request for Clerk to Enter Default Pursuant to Fed. R. Civ. P 55(a), analyze for deadlines to calendar, and save it to the file. | 0.20 at $ 175.00/hr | $ 35.00 |
| 01/26/2022 | BH | *Paralegal Time*<br>Research regarding case status concerning docket history. | 0.10 at $ 175.00/hr | $ 17.50 |
| 01/26/2022 | BH | *Paralegal Time*<br>Research regarding case status concerning docket history. | 0.10 at $ 175.00/hr | $ 17.50 |

| 02/08/2022 | BH | *Paralegal Time* | 0.10 at $ 175.00/hr | $ 17.50 |
| | | Research regarding case strategy concerning the status of our Request for Clerk's Default. | | |
| 02/16/2022 | BH | *Paralegal Time* | 0.20 at $ 175.00/hr | $ 35.00 |
| | | Receive the Clerk's Default, analyze for dates and deadlines, and save it to the file. | | |
| 03/02/2022 | BH | *Paralegal Time* | 0.20 at $ 175.00/hr | $ 35.00 |
| | | Research regarding case status and strategy concerning the Clerk Entered Default. | | |
| 04/25/2022 | CSC | *Paralegal Time* | 0.00 at $ 175.00/hr | No Charge |
| | | prepare invoice for exhibit in final default filing, confer with team re ▮▮▮▮ | | |

In Reference To:  **Copyright Action (Expenses)**

| 12/07/2021 | CSC | *Court Fees* | $402.00 | $ 402.00 |
| | | Complaint filing fee | | |

| | |
|---|---|
| Total Hours: | 5.90 hrs |
| *Total Attorney Time:* | $ 1,307.50 |
| *Total Expenses:* | $ 402.00 |
| **Total Invoice Amount:** | **$ 1,709.50** |
| **Previous Balance:** | **$ 0.00** |
| **Balance (Amount Due):** | **$ 1,709.50** |

NOTE: NEW WIRE INSTRUCTIONS

RANDAZZA LEGAL GROUP, PLLC
Account Number: ▮▮▮▮▮▮

MAKE SURE YOU PUT YOUR BILLING NAME
OR INVOICE NUMBER ON YOUR WIRE TRANSMISSION

**Receipts:**

**Date:** 12/7/2021 12:00:00 AM
**Expense Type:** Court Fees
**Description:** Complaint filing fee

| | | | |
|---|---|---|---|
| 6723994 | 12/07/2021 17:48:03 | 2-21-cv-2160 | COMPLAINT against BEAUTIFUL PEOPLE LIMITED LIABILITY COMPANY dba FOOD & BEVERAGE MAGAZINE (Filing fee $402 receipt number 0978-6723994) by Creative Photographers, Inc.. Proof of service due by 3/7/2022. (Attachments: # (1) Exhibit 1 - Regi |
| 6724003 | 12/07/2021 17:50:36 | 2-21-cv-2160 | CERTIFICATE of Interested Parties by Creative Photographers, Inc.. There are no known interested parties other than those participating in the case (Green, Ronald) |
| 6724006 | 12/07/2021 17:55:14 | 2-21-cv-2160 | PROPOSED SUMMONS to be issued <i>to Beautiful People LLC, dba Food & Beverage Magazine</i> by Plaintiff Creative Photographers, Inc.. (Green, Ronald) |
| 6724010 | 12/07/2021 23:04:40 | 2-21-cv-2160 | NOTICE <i>Form AO 121</i> by Creative Photographers, Inc.. (Green, Ronald) |

**Trust Account Summary**

**Billing Period: 12/07/2021 - 05/03/2022**

**Client: Creative Photographers, Inc. | General Matter Trust**

| Total Deposits | Total Disbursements | Current Balance |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| | | No activity for this billing period. | | |

If you want to pay by credit card, use the LawPay link on this invoice
ENTER YOUR INVOICE NUMBER ON THE PAYMENT SCREEN

Wire Instructions:
RANDAZZA LEGAL GROUP, PLLC
Account Number ██████████

██████████████████████████████████
████████████████████
████████████████████████
████████████████

MAKE SURE YOU PUT YOUR BILLING NAME OR INVOICE # ON THE WIRE TRANSMISSION

Invoices that age 30 days subject to 18% annual interest rate



**Randazza Legal Group**
**P.O. Box 5516**
**Gloucester, MA 01930**
**888-667-1113**

Invoice submitted to:

Creative Photographers, Inc.
United States

| | |
|---|---|
| Invoice # | **27133** |
| Invoice Date | **10/24/2022** |
| For Services Through | 10/24/2022 |
| Terms: | **Net 7** |

| <u>Date</u> | <u>By</u> | <u>Service Summary</u> | <u>Hours/Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| In Reference To: | | **Copyright Action (Attorney Time)** | | |
| 08/24/2022 | TAR | *Attorney Time*<br>Reviewing docket and filing re: court's order; email to SRIP re: same. | 0.20 at $ 325.00/hr | $ 65.00 |
| 09/14/2022 | TAR | *Attorney Time*<br>Checking status of matter; calendaring deadline to move for default judgment. | 0.10 at $ 325.00/hr | $ 32.50 |
| 10/20/2022 | TAR | *Attorney Time*<br>Confer w/ MR re: ▮▮▮▮▮▮▮. | 0.10 at $ 325.00/hr | $ 32.50 |
| 10/21/2022 | TAR | *Attorney Time*<br>Begin reviewing motion for default judgment; making notes re: same. | 0.50 at $ 325.00/hr | $ 162.50 |
| 10/24/2022 | TAR | *Attorney Time*<br>Review of and edits to motion for default judgment; research re: same. | 1.60 at $ 325.00/hr | $ 520.00 |

| | |
|---|---|
| *Total Hours:* | 2.50 hrs |
| *Total Attorney Time:* | $ 812.50 |
| **Total Invoice Amount:** | **$ 812.50** |

NOTE: NEW WIRE INSTRUCTIONS

RANDAZZA LEGAL GROUP, PLLC
Account Number: ▮▮▮▮▮▮

MAKE SURE YOU PUT YOUR BILLING NAME
OR INVOICE NUMBER ON YOUR WIRE TRANSMISSION

**Trust Account Summary**

**Billing Period: 05/03/2022 - 10/24/2022**

**Client: Creative Photographers, Inc. | General Matter Trust**

| Total Deposits | Total Disbursements | Current Balance |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| | No activity for this billing period. | | | |

If you want to pay by credit card, use the LawPay link on this invoice
ENTER YOUR INVOICE NUMBER ON THE PAYMENT SCREEN

Wire Instructions:
RANDAZZA LEGAL GROUP, PLLC
Account Number ████████

████████████████████████
████████████

████████████████
██████████

MAKE SURE YOU PUT YOUR BILLING NAME OR INVOICE # ON THE WIRE TRANSMISSION

Invoices that age 30 days subject to 18% annual interest rate

# **<u>EXHIBIT 3</u>**

Invoices from SRIP



**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350

Creative Photographers Inc.
135 East 57th Street
14th Floor
New York, NY 10022

# Invoice

| | |
|---|---|
| Invoice Number | 36014 |
| Invoice Date | 10/04/2022 |
| Payment Due On | 10/19/2022 |
| **Amount Due** | **$5,964.30** |

# 00352-0017 - Creative Photographers Inc. - Intellectual Property Litigation

Copyright Infringement Imagerights CAS-108552 NEVADA

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 11/09/2021 | Services provided on 11/9/2021<br>- 3 emails sent/reviewed regarding SOL 12/8/21 - Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.20hrs) | CJW | $175.00 | 0.20 | $35.00 |
| 11/09/2021 | Services provided on 11/9/2021<br>- 2 emails sent/reviewed (0.10hrs) | JAG | $450.00 | 0.10 | $45.00 |
| 11/09/2021 | Services provided on 11/9/2021<br>- Report reviewed (0.10hrs)<br>- CAS-108552 CASE INFO reviewed (0.30hrs)<br>- 1 email sent/reviewed regarding SOL 12/8/21 - Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.10hrs) | JCJ | $200.00 | 0.50 | $100.00 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/15/2021 | Services provided on 11/15/2021<br>- 1 email sent/reviewed regarding SOL 12/8/21 - Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.10hrs) | CJW | $175.00 | 0.10 | $17.50 |
| 11/15/2021 | Services provided on 11/15/2021<br>- 1 email sent/reviewed (0.10hrs) | JAG | $450.00 | 0.10 | $45.00 |
| 12/01/2021 | Services provided on 12/1/2021<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 12/03/2021 | Services provided on 12/3/2021<br>- Exhibit 2 - Infringement created, then edited (0.10hrs)<br>- Exhibit 1- Registration edited (0.10hrs) | JCJ | $200.00 | 0.20 | $40.00 |
| 12/06/2021 | Services provided on 12/6/2021<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 12/07/2021 | Services provided on 12/7/2021<br>- Email attachment reviewed - Exhibit 2 - Infringement (0.10hrs)<br>- CPI v. Food & Beverage Complaint edited and reviewed (0.10hrs)<br>- CAS-108552 CASE INFO reviewed (0.20hrs)<br>- 5 emails sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.30hrs) | MLR | $325.00 | 0.70 | $227.50 |
| 12/07/2021 | Services provided on 12/7/2021<br>- CAS-108552 CASE INFO reviewed (0.10hrs) | JAG | $450.00 | 0.10 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/07/2021 | Services provided on 12/7/2021<br>- CPI v. Food & Beverage Complaint created (0.30hrs)<br>- Exhibit 2 - Infringement reviewed (0.10hrs)<br>- CAS-108552 CASE INFO reviewed (0.20hrs)<br>- Summons - 1st Def (corporation) created (0.10hrs)<br>- Civil Cover Sheet created (0.10hrs)<br>- AO 121 - Report on Filing of Copyright created (0.10hrs)<br>- COI-CDS created, then edited (0.10hrs)<br>- 4 emails sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.10hrs) | JCJ | $200.00 | 1.10 | $220.00 |
| 12/08/2021 | Services provided on 12/8/2021<br>- CAS-108552 CASE INFO reviewed (0.20hrs)<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.20hrs)<br>- 1 email sent/reviewed regarding Creative Photographers (0.10hrs)<br>- 4 emails sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.20hrs) | MLR | $325.00 | 0.70 | $227.50 |

| 12/08/2021 | Services provided on 12/8/2021<br>- CPI v. BP created (0.10hrs)<br>- Summons and Complaint for Beautiful People created (0.10hrs)<br>- Case Expense Checklist - Service Fees created, then edited (0.20hrs)<br>- 1 email sent/reviewed regarding Creative Photographers (0.10hrs)<br>- 2 emails sent/reviewed regarding New document: Creative Photographers, Inc. v. BEAUTIFUL PEOPLE LIMITED LIABILITY COMPANY dba FOOD & BEVERAGE MAGAZINE (Doc# 6, D. Nev. 2:21-cv-02160) (0.10hrs)<br>- 1 email sent/reviewed regarding Transaction Receipt from Legal Process Service Inc for $88.40 (USD) (0.10hrs)<br>- 5 emails sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.40hrs) | JCJ | $200.00 | 1.10 | $220.00 |
| 12/09/2021 | Services provided on 12/9/2021<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 12/13/2021 | Services provided on 12/13/2021<br>- UPDATE 2021-10-19 Food and Beverage Magazine Weekly Newsletter reviewed (0.10hrs)<br>- CAS-108552 CASE INFO reviewed (0.20hrs) | MLR | $325.00 | 0.30 | $97.50 |
| 12/13/2021 | Services provided on 12/13/2021<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: Our File: 00352-0017 (0.10hrs) | CJW | $175.00 | 0.10 | $17.50 |
| 12/16/2021 | Services provided on 12/16/2021<br>- 1 email sent/reviewed regarding Creative Photographers (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |

| 12/17/2021 | Services provided on 12/17/2021<br>- Email attachment reviewed -<br>2109051.inv0 (0.10hrs)<br>- 1 email sent/reviewed regarding<br>Creative Photographers (0.20hrs)<br>- 3 emails sent/reviewed regarding<br>2109051 Update from LPS/Legal<br>Process Service Case#:2:21-cv-02160-<br>GMN-EJY Serve: Beautiful (0.10hrs)<br>- 4 emails sent/reviewed regarding<br>Creative Photographers Inc. v.<br>Beautiful People Limited Liability<br>Company dba Food & Beverage<br>Magazine Case No.: 2:21-cv-02160-<br>GMN-EJY Our File: 00352-0017<br>(0.20hrs) | JCJ | $200.00 | 0.60 | $120.00 |
| 01/04/2022 | Services provided on 1/4/2022<br>- Request for Clerk's Default created<br>(0.10hrs)<br>- Declaration in Support of Default<br>created (0.10hrs)<br>- 1 email sent/reviewed regarding<br>Creative Photographers Inc. v.<br>Beautiful People Limited Liability<br>Company dba Food & Beverage<br>Magazine Case No.: 2:21-cv-02160-<br>GMN-EJY Our File: 00352-0017<br>(0.10hrs) | JCJ | $275.00 | 0.30 | $82.50 |
| 01/26/2022 | Services provided on 1/26/2022<br>- Declaration in Support of Default<br>edited (0.10hrs)<br>- Email attachment reviewed -<br>Declaration in Support of Default<br>(0.10hrs)<br>- Request for Clerk's Default edited<br>(0.10hrs)<br>- Email attachment reviewed - Request<br>for Clerk's Default (0.10hrs)<br>- 1 email sent/reviewed regarding<br>Creative Photographers Inc. v.<br>Beautiful People Limited Liability<br>Company dba Food & Beverage<br>Magazine Case No.: 2:21-cv-02160-<br>GMN-EJY Our File: 00352-0017<br>(0.10hrs) | MLR | $325.00 | 0.50 | $162.50 |
| 01/26/2022 | Services provided on 1/26/2022<br>- 5 emails sent/reviewed regarding<br>Creative Photographers Inc. v.<br>Beautiful People Limited Liability<br>Company dba Food & Beverage<br>Magazine Case No.: 2:21-cv-02160-<br>GMN-EJY Our File: 00352-0017<br>(0.10hrs) | JCJ | $275.00 | 0.10 | $27.50 |

| Date | Description | Staff | Rate | Hours | Amount |
|------|-------------|-------|------|-------|--------|
| 01/27/2022 | Services provided on 1/27/2022<br>- 1 email sent/reviewed regarding Creative Photographers filing (0.10hrs) | JCJ | $275.00 | 0.10 | $27.50 |
| 02/18/2022 | Services provided on 2/18/2022<br>- Nevada- Motion for Final Default CPI DRAFT edited (0.20hrs) | MLR | $325.00 | 0.20 | $65.00 |
| 03/30/2022 | Services provided on 3/30/2022<br>- California - Declaration of Attorney in Support of Final Default created (0.10hrs)<br>- California - Proposed Order for Final Default created (0.10hrs)<br>- Nevada- Motion for Final Default CPI DRAFT - KP v3 reviewed (0.10hrs)<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: 2:21-cv-02160-GMN-EJY Our File: 00352-0017 (0.10hrs) | JCJ | $275.00 | 0.40 | $110.00 |
| 04/13/2022 | Services provided on 4/13/2022<br>- 2022.04.14. Proposed Order edited (0.10hrs)<br>- 2022.04.14. Motion for Default edited (0.60hrs)<br>- 2022.04.14. Declaration of Ronald Green edited (0.20hrs)<br>- 2022.04.14. Katz Declaration edited (0.30hrs)<br>- 2 emails sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: 2:21-cv-02160-GMN-EJY Our File: 00352-0017 (0.10hrs) | MLR | $325.00 | 1.30 | $422.50 |
| 04/13/2022 | Services provided on 4/13/2022<br>- 2 emails sent/reviewed (0.20hrs) | JAG | $525.00 | 0.20 | $105.00 |
| 04/19/2022 | Services provided on 4/19/2022<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: 2:21-cv-02160-GMN-EJY Our File: 00352-0017 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |

| 04/28/2022 | Services provided on 4/28/2022<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: 2:21-cv-02160-GMN-EJY Our File: 00352-0017 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 05/02/2022 | Services provided on 5/2/2022<br>- Draft Invoice 36014 reviewed (0.10hrs)<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: 2:21-cv-02160-GMN-EJY Our File: 00352-0017 (0.10hrs) | MLR | $325.00 | 0.20 | $65.00 |
| 05/03/2022 | Services provided on 5/3/2022<br>- 2022.05.03. Proposed Order edited (0.10hrs)<br>- 2022.05.03. Katz Declaration reviewed (0.10hrs)<br>- Request for Clerk's Default reviewed (0.10hrs)<br>- 2022.05.03. Declaration of Katz Default edited and reviewed (0.30hrs)<br>- 2022.05.03. Declaration of Ronald Green edited (0.20hrs)<br>- 2022.05.03. Motion for Default edited (0.70hrs)<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: 2:21-cv-02160-GMN-EJY Our File: 00352-0017 (0.10hrs) | MLR | $325.00 | 1.60 | $520.00 |
| 05/06/2022 | Services provided on 5/6/2022<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: 2:21-cv-02160-GMN-EJY Our File: 00352-0017 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |

| Date | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/09/2022 | Services provided on 5/9/2022<br>- 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: 2:21-cv-02160-GMN-EJY Our File: 00352-0017 (0.20hrs) | MLR | $325.00 | 0.20 | $65.00 |
| 05/25/2022 | Services provided on 5/25/2022<br>- DE 0010. Clerk's Entry of Default 2-16-2022 reviewed (0.10hrs)<br>- 2022.05.03. Declaration of Katz Default reviewed (0.10hrs)<br>- 2022.05.03. Motion for Default reviewed (0.20hrs)<br>- 2022.05.03. Declaration of Ronald Green reviewed (0.10hrs)<br>- 3 emails sent/reviewed (0.20hrs) | JAG | $525.00 | 0.70 | $367.50 |
| 05/25/2022 | Services provided on 5/25/2022<br>- 1 email sent/reviewed regarding Updates for Track alert 'Creative Photographers, Inc. V. Beautiful People Limited Liability Company' (0.10hrs) | JCJ | $275.00 | 0.10 | $27.50 |
| 05/31/2022 | Services provided on 5/31/2022<br>- 5 emails sent/reviewed (0.20hrs) | JAG | $525.00 | 0.20 | $105.00 |
| 06/01/2022 | Services provided on 6/1/2022<br>- 2022.05.03. Declaration of Katz Default reviewed (0.20hrs) | JAG | $525.00 | 0.20 | $105.00 |
| 07/01/2022 | 1 email sent/reviewed regarding Creative Photographers Inc. v. Beautiful People Limited Liability Company dba Food & Beverage Magazine Case No.: 2:21-cv-02160-GMN-EJY Our File: 00352-0017 | JCJ | $275.00 | 0.10 | $27.50 |
| 10/04/2022 | 2022.10.04. Declaration of Trey Rothell edited | MLR | $325.00 | 0.20 | $65.00 |
| 10/04/2022 | 2022.10.04. Motion for Default edited | MLR | $325.00 | 0.70 | $227.50 |
| 10/04/2022 | 2022.10.04. Declaration of Katz Default edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/04/2022 | 2022.10.04. Proposed Order edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/05/2022 | 2022.10.05. Declaration of Katz Default edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/05/2022 | 2022.10.05. Motion for Default edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/05/2022 | 2022.10.05. Proposed Order edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/05/2022 | 2022.10.05. Declaration of Trey Rothell edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/06/2022 | 2022.10.05. Declaration of Trey Rothell edited | MLR | $325.00 | 0.10 | $32.50 |

| 10/06/2022 | 2022.10.05. Proposed Order edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/06/2022 | 2022.10.05. Motion for Default edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/06/2022 | 2022.10.05. Declaration of Katz Default edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/07/2022 | Review and edit complete motion for final default | JAG | $525.00 | 2.00 | $1,050.00 |
| 10/07/2022 | Review and edit complete motion for final default | MLR | $325.00 | 0.50 | $162.50 |
| | | | | | $5,787.50 |

## Expenses

| Date | Description | Cost | Qty | Total |
| --- | --- | --- | --- | --- |
| 12/08/2021 | Disbursement for fee for service of process of Summons and Complaint. | $88.40 | 1.00 | $88.40 |
| 12/17/2021 | Disbursement for fee for service of process of Summons and Complaint. | $88.40 | 1.00 | $88.40 |
| | | | | $176.80 |

| | |
| --- | --- |
| **Subtotal** | **$5,964.30** |
| **Total** | **$5,964.30** |
| **Total Balance Due** | **$5,964.30** |

## Professional Fee Summary

| Name | Hours | Rate | Total |
|---|---|---|---|
| JAG | 3.30 | $525.00 | $1,732.50 |
| | 0.30 | $450.00 | $135.00 |
| MLR | 8.70 | $325.00 | $2,827.50 |
| JCJ | 1.10 | $275.00 | $302.50 |
| | 3.60 | $200.00 | $720.00 |
| CJW | 0.40 | $175.00 | $70.00 |
| **Total** | **17.40** | | **$5,787.50** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|---|---|---|---|---|---|
| **Total** | | | **$0.00** | **$0.00** | **$0.00** |

## Account Summary

No entries found

# **EXHIBIT 4**

Interest Rates



Case 2:21-cv-02160-GMN-EJY  Document 122  Filed 10/26/22  Page 31 of 38



FRED Blog
**What's behind the recent surge in the M1 money supply?**



FRED Blog
**What's happened so far with the return on safe and liquid assets?**



FRED Blog
**Top FRED Blog posts in 2021**



ALFRED Vintage Series
**Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity,** ...

## Other Formats

Annual, Not Seasonally Adjusted    Monthly, Not Seasonally Adjusted    Weekly, Not Seasonally Adjusted

## Related Categories

Treasury Constant Maturity    Interest Rates    Money, Banking, & Finance

## Sources

More Releases from Board of Governors of the Federal Reserve System (US)

## Releases

More Series from H.15 Selected Interest Rates

## Tags

1-Year    Maturity    H.15 Selected Interest Rates    Treasury    Daily    Interest Rate    Interest    Board of Governors    Rate    Nation

Public Domain: Citation Requested    Not Seasonally Adjusted    United States of America

⌐ Filter

Federal Reserve Bank of St. Louis, One Federal Reserve Bank Plaza, St. Louis, MO 63102

▽

# **EXHIBIT 5**

Interest Rates

# Selected Interest Rates (Daily) - H.15

## H.15 Selected Interest Rates  📶 RSS  📊 Data Download

The release is posted daily Monday through Friday at 4:15pm. The release is not posted on holidays or in the event that the Board is closed.

**Release date: October 24, 2022**

### Selected Interest Rates

Yields in percent per annum

| Instruments | 2022 Oct 17 | 2022 Oct 18 | 2022 Oct 19 | 2022 Oct 20 | 2022 Oct 21 |
|---|---|---|---|---|---|
| Federal funds (effective) 1 2 3 | 3.08 | 3.08 | 3.08 | 3.08 | 3.08 |
| Commercial Paper 3 4 5 6 | | | | | |
| Nonfinancial | | | | | |
| 1-month | 3.20 | 3.27 | 3.38 | 3.43 | 3.26 |
| 2-month | 3.53 | 3.55 | 3.69 | 3.74 | 3.45 |
| 3-month | 3.86 | 3.94 | 3.91 | 3.99 | 3.64 |
| Financial | | | | | |
| 1-month | 3.32 | 3.35 | 3.45 | 3.36 | 3.48 |
| 2-month | n.a. | 3.62 | n.a. | n.a. | n.a. |
| 3-month | 3.85 | 3.89 | 4.07 | 4.11 | 4.19 |
| Bank prime loan 2 3 7 | 6.25 | 6.25 | 6.25 | 6.25 | 6.25 |
| Discount window primary credit 2 8 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| U.S. government securities | | | | | |
| Treasury bills (secondary market) 3 4 | | | | | |
| 4-week | 3.16 | 3.08 | 3.13 | 3.44 | 3.42 |
| 3-month | 3.82 | 3.89 | 3.91 | 3.91 | 3.90 |
| 6-month | 4.25 | 4.25 | 4.31 | 4.34 | 4.29 |
| 1-year | 4.29 | 4.30 | 4.39 | 4.44 | 4.38 |
| Treasury constant maturities | | | | | |
| Nominal 9 | | | | | |
| 1-month | 3.30 | 3.25 | 3.31 | 3.58 | 3.55 |
| 3-month | 3.97 | 4.04 | 4.07 | 4.09 | 4.09 |
| 6-month | 4.38 | 4.39 | 4.45 | 4.48 | 4.43 |
| 1-year | 4.50 | 4.50 | 4.60 | 4.66 | 4.58 |
| 2-year | 4.45 | 4.43 | 4.55 | 4.62 | 4.49 |
| 3-year | 4.45 | 4.43 | 4.56 | 4.66 | 4.52 |
| 5-year | 4.24 | 4.21 | 4.35 | 4.45 | 4.34 |
| 7-year | 4.15 | 4.12 | 4.26 | 4.36 | 4.28 |
| 10-year | 4.02 | 4.01 | 4.14 | 4.24 | 4.21 |
| 20-year | 4.29 | 4.27 | 4.38 | 4.47 | 4.54 |
| 30-year | 4.04 | 4.04 | 4.15 | 4.24 | 4.33 |

| | | | | | |
|---|---|---|---|---|---|
| Inflation indexed 10 | | | | | |
| 5-year | 1.76 | 1.79 | 1.89 | 1.80 | 1.65 |
| 7-year | 1.64 | 1.68 | 1.78 | 1.76 | 1.66 |
| 10-year | 1.57 | 1.60 | 1.72 | 1.73 | 1.69 |
| 20-year | 1.59 | 1.64 | 1.74 | 1.74 | 1.77 |
| 30-year | 1.65 | 1.71 | 1.79 | 1.77 | 1.82 |
| Inflation-indexed long-term average 11 | 1.85 | 1.91 | 1.98 | 1.95 | 2.01 |

n.a.Not available.

## Footnotes

1. As of March 1, 2016, the daily effective federal funds rate (EFFR) is a volume-weighted median of transaction-level data collected from depository institutions in the Report of Selected Money Market Rates (FR 2420). Prior to March 1, 2016, the EFFR was a volume-weighted mean of rates on brokered trades.

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; monthly figures include each calendar day in the month.

3. Annualized using a 360-day year or bank interest.

4. On a discount basis.

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent to the 30-, 60-, and 90-day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/).

6. Financial paper that is insured by the FDIC's Temporary Liquidity Guarantee Program is not excluded from relevant indexes, nor is any financial or nonfinancial commercial paper that may be directly or indirectly affected by one or more of the Federal Reserve's liquidity facilities. Thus the rates published after September 19, 2008, likely reflect the direct or indirect effects of the new temporary programs and, accordingly, likely are not comparable for some purposes to rates published prior to that period.

7. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term business loans.

8. The rate charged for discounts made and advances extended under the Federal Reserve's primary credit discount window program, which became effective January 9, 2003. This rate replaces that for adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/200210312/default.htm. The rate reported is that for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit as well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.htm.

9. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published a factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treasury.gov/resource-center/data-chart-center/interest-rates/. Source: U.S. Treasury.

10. Yields on Treasury inflation protected securities (TIPS) adjusted to constant maturities. Source: U.S. Treasury. Additional information on both nominal and inflation-indexed yields may be found at www.treasury.gov/resource-center/data-chart-center/interest-rates/.

11. Based on the unweighted average bid yields for all TIPS with remaining terms to maturity of more than 10 years.

Note: Current and historical H.15 data, along with weekly, monthly, and annual averages, are available on the Board's Data Download Program (DDP) at www.federalreserve.gov/datadownload/Choose.aspx?rel=H15). Weekly, monthly and annual rates are averages of business days unless otherwise noted.

## Description of the Treasury Nominal and Inflation-Indexed Constant Maturity Series

Yields on Treasury nominal securities at "constant maturity" are interpolated by the U.S. Treasury from the daily yield curve for non-inflation-indexed Treasury securities. This curve, which relates the yield on a security to its time to maturity, is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations obtained by the Federal Reserve Bank of New York. The constant maturity yield values are read from the yield curve at fixed maturities, currently 1, 3, and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10-year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity. Similarly, yields on inflation-indexed securities at "constant maturity" are interpolated from the daily yield curve for Treasury inflation protected securities in the over-the-counter market. The inflation-indexed constant maturity yields are read from this yield curve at fixed maturities, currently 5, 7, 10, 20, and 30 years.

Last Update: October 24, 2022

# __EXHIBIT 6__

Post Judgment Interest Rate

# Post Judgment Interest Rate

---

*Interest is allowed on most judgments entered in the federal courts from the date of judgment until paid.*

---

The types of judgments generally fall under one of three statutes:

1. 28 U.S.C. 1961 (/services-forms/fees/post-judgement-interest-rate/28-usc-1961-post-judgment-interest-rates), which governs civil and bankruptcy adversary judgment interest;

2. 18 U.S.C. 3612 (f)(2) (/services-forms/fees/post-judgement-interest-rate/18-usca-ss-3612-post-judgment-interest-rates), which governs criminal judgments or sentences; and

3. 40 U.S.C. 3116 (/services-forms/fees/post-judgement-interest-rate/40-usc-3116-post-judgment-interest-rates), which governs deficiency judgments in condemnation proceedings.

These statutory references should be checked with reliable statutory data bases such as Westlaw. Lexis, or other appropriately maintained sources of the U.S. Code for the latest changes.

Under each of the above statutes the rate of interest used in calculating the amount of post judgment interest is the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System. Prior to December 21, 2000 the rate of interest allowed under the statutes cited above was based on the coupon issue yield equivalent (as determined by the Secretary of the Treasury) of the average accepted auction price for the last auction of 52 week t- bills settled immediately preceding entry of the judgment. The way the rate is used differs under each of the cited statutes, so those sections should be reviewed to determine how to apply it to any particular judgment.

# Current Applicable Rates

Effective October 11, 2016 the Federal Reserve Board ceased publication of the following interest rates on its Selected Interest Rates (H.15) statistical release: Eurodollar deposits, corporate bonds, state and local bonds, and conventional mortgages. The interest rate swaps continued to be published for two more weeks and was discontinued on October 31, 2016.

A list of sources for the discontinued data is available at: http://www.federalreserve.gov/releases/h15/h15_technical_qa.htm (https://www.federalreserve.gov/releases/h15/h15_technical_qa.htm)

The Board will continue to publish the following interest rates in the H.15 release: federal funds (effective), commercial paper, bank prime loan, discount window primary credit, and U.S. Treasury

securities.

Additionally, as of October 11, 2016, the Board no longer publishes the H.15 in PDF format or publish weekly and monthly averages directly on the H.15. Weekly and monthly averages continue to be available through the Board's Data Download Program (https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H.15).

The H.15 will be published at 4:15pm every business day (excluding holidays).