AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Creative Photographers, Inc.,

          Plaintiff,

v.

Beautiful People Limited Liability Company,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-02160-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered in favor of Plaintiff Creative Photographers, Inc., and against Defendant Beautiful People Limited Liability Company, and award to Plaintiff statutory damages, pursuant to 17 U.S.C. § 504(c)(2), in the amount of $100,000.00 for willful infringement, or in the alternative, statutory damages, pursuant to 17 U.S.C. § 504(c)(2), in the amount of $30,000.00 for copyright infringement, and attorneys' fees, pursuant to 17 U.S.C. § 505, in the amount of $8,486.30 and costs in the amount of $578.80.

11/10/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk